**MAXWELL TECHNOLOGIES, INC., Plaintiff–Appellee,**

v.

**NESSCAP, INC. and Nesscap Co., Ltd., Defendants–Appellants.**

No. 2007–1324.

United States Court of Appeals, Federal Circuit.

April 23, 2009.

David C. Doyle, Brian M. Kramer, Eric M. Acker, Morrison & Foerster, LLP, San Diego, CA, Cynthia Lopez Beverage, Morrison & Foerster LLP, Washington, DC, for Plaintiff–Appellee.

George W. Neuner, Brian M. Gaff, Edwards Angell Palmer & Dodge, LLP, Boston, MA, for Defendants–Appellants.

ON MOTION

*ORDER*

The court having received no response to its March 19, 2009 order,

IT IS ORDERED THAT:

The motion to vacate the preliminary injunction is denied and the case is remanded to the United States District Court for the Southern District of California so that the district court may consider

whether to vacate the preliminary injunction, due to settlement.